IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BABCOCK & WILCOX COMPANY, | ) | Case No. __-_____ ( ) |
| DIAMOND POWER INTERNATIONAL, INC., | ) | (Jointly Administered) |
| BABCOCK & WILCOX CONSTRUCTION CO., INC., | ) | |
| AMERICON, INC., | ) | 00-10992 |
| Debtors. | ) | |

**ORDER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a), 2016 AND 5002, AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE BLACKSTONE GROUP L.P. AS FINANCIAL ADVISOR FOR THE DEBTORS**

Upon consideration of the application (the "Application") of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), for entry of an order authorizing the Debtors to employ and retain The Blackstone Group L.P. ("Blackstone") ("Blackstone") as their financial advisor, and upon the affidavit of Pamela D. Zilly (the "Affidavit"); and the Court being satisfied, based on the representations made in the Application and Affidavit, that Blackstone represents no interest adverse to Debtors' estates with respect to the matters upon which they are to be engaged, that Blackstone is a "disinterested person" as that term is defined under section 104(14) of title 11 of the United States Code (the "the Bankruptcy Code"), as modified by section 1107(b) of the Bankruptcy Code, and that the employment of Blackstone is necessary and would be in the best interests of the Debtors, their creditors and the Debtors' estates; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized to employ and retain Blackstone as their financial advisor, on the terms set forth in the Blackstone Agreement (as that term is defined in the Application); and it is further

02515 / 17221 Document # 61030 v 1

p. 36

ORDERED that Blackstone shall be compensated in accordance with the terms of the Blackstone Agreement, subject to the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and orders of this Court.

Dated: New Orleans, Louisiana
_February 22_, 2000.

_____
United States Bankruptcy Judge